Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
Stacey Zill (SBN 177268)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:       (213) 929-5550
Facsimile:  (213) 955-5794
Email:      *jisaacs@ifcounsel.com*
            *jfriedberg@ifcounsel.com*
            *szill@ifcounsel.com*

Attorneys for Defendant
University of Southern California

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>Defendant. | CASE NO. 2:21-cv-01272–DDP-AS<br>[Related to 2:19-cv-06964–DDP-AS]<br><br>**DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S NOTICE OF RECENT RULING BY LOS ANGELES SUPERIOR COURT MOOTING CERTAIN ISSUES**<br><br>Date:      February 27, 2023<br>Time:     10:00 a.m.<br>Dept:     9C<br><br>Complaint filed: February 11, 2021<br>Trial Date:     None set. |
|---|---|

USC is filing this notice to inform the Court and all parties that, on February 21, 2023, the Los Angeles Superior Court granted summary judgment for the University of Southern California ("USC") in *Jane Doe v. Dr. George Tyndall*, LASC Case No. 21STCV18314 ("*Jane Doe*").  As a result, USC's argument that the stay should remain in effect during the pendency of *Jane Doe* is now moot. However, the issues raised by defendant Dr. George Tyndall's prior Motion to Stay have not been mooted or affected by this development.

DATED:  February 22, 2023

ISAACS | FRIEDBERG LLP

_____
Jeffrey B. Isaacs, Esq.
Jerome H. Friedberg, Esq.
Stacey L. Zill, Esq.

*Attorneys for Defendant*
*University of Southern California*