MICHAEL B. MURPHY (State Bar No. 123849)
mbm@severson.com
ELIZABETH L. DOLTER (State Bar No. 128457)
eld@severson.com
ERYK R. GETTELL (State Bar No. 245245)
erg@severson.com
SEVERSON & WERSON
A Professional Corporation
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Plaintiff
NORTH AMERICAN CAPACITY
INSURANCE COMPANY

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and GEORGE R. TYNDALL,<br><br>  Defendants. | Case No.: 2:21-cv-01272–DDP (ASx)<br><br>**STIPULATION TO CORRECT CASE CAPTION** |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO FOLLOW FORM EXCESS LIABILITY POLICY NO. PHI1706285, et al,<br><br>  Plaintiff,<br><br>  vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, et al.,<br><br>  Defendant. | Case No.: 2:22-cv-03184–DDP (ASx) |

10232.0009/16538141.1

STIPULATION TO CORRECT CASE CAPTION

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, and GEORGE R. TYNDALL,<br><br>     Defendants. | Case No.: 2:23-cv-02975-DDP (ASx) |

Plaintiffs Ironshore Specialty Insurance Company ("**Ironshore**"), Certain Underwriters at Lloyd's, London, Subscribing to Follow Form Excess Liability Policy No. PH1706285 and Certain Underwriters at Lloyd's, London, Subscribing to Follow Form Excess Liability Policy No. PH1706286 ("**Lloyd's**"), and North American Capacity Insurance Corporation ("**NACIC**") (collectively, "**Plaintiffs**") and Defendants University of Southern California ("**USC**") and Dr. George R. Tyndall ("**Dr. Tyndall**"), by and through the undersigned counsel, hereby stipulate and agree as follows:

### RECITAL

WHEREAS, the parties wish to correct the caption of *North American Capacity Insurance Corporation v. University of Southern California and George R. Tyndall,* United States District Court for the Central District of California Case No. 2:23-cv-02975-DDP (ASx) filed on April 20, 2023 (the "NACIC Action") because the name of the plaintiff in the NACIC Action is North American Capacity Insurance Company, not North American Capacity Insurance Corporation.

### STIPULATION

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and among Plaintiffs, Defendant USC, and Defendant Dr. Tyndall, through their respective counsel of record that the caption of the NACIC Action shall be corrected to identify the plaintiff as North American Capacity Insurance Company.

|    |    |    |
|----|----|----|
| 1  | **IT IS SO STIPULATED.** | |
| 2  | DATED: July 19, 2023 | SEVERSON & WERSON |
| 3  |  | A Professional Corporation |
| 4  |  |  |
| 5  |  |  |
| 6  |  | By: /s/ Elizabeth L. Dolter |
|    |  | ELIZABETH L. DOLTER |
| 7  |  |  |
| 8  |  | Attorneys for Plaintiff NORTH AMERICAN CAPACITY INSURANCE COMPANY |
| 9  | DATED: July 19, 2023 | HANGLEY ARONCHICK SEGAL PUDLIN |
| 10 |  | & SCHILLER |
| 11 |  |  |
| 12 |  |  |
| 13 |  | By: /s/ Ronald P. Schiller |
|    |  | RONALD P. SCHILLER (pro hac vice) |
| 14 |  | SHARON F. MCKEE (pro hac vice) |
| 15 |  | THOMAS N. BROWN (pro hac vice) |
| 16 |  | Attorneys for Plaintiff IRONSHORE |
| 17 |  | SPECIALTY INSURANCE COMPANY |

| | | |
|---|---|---|
| DATED: July 19, 2023 | | HAIGHT BROWN & BONESTEEL LLP |

By:    <u> /s/ Gary LaHendro           </u>
        DENIS J. MORIARTY
        GARY L. LAHENDRO

Attorneys for Plaintiffs CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO FOLLOW FORM EXCESS LIABILITY POLICY NO. PH1706285 AND CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO FOLLOW FORM EXCESS LIABILITY POLICY NO. PH1706286

DATED: July 19, 2023        TAYLOR DEMARCO LLP

By:    <u> /s/ N. Denise Taylor         </u>
        N. DENISE TAYLOR

Attorneys for DEFENDANT GEORGE M. TYNDALL

DATED: July 19, 2023        ISAACS | FRIEDBERG LLP

By:    <u> /s/ Jerome H. Friedberg    </u>
        JEROME H. FRIEDBERG
        JANINE F. COHEN

Attorneys for DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA

# PROOF OF SERVICE

**Ironshore Specialty Insurance Company v. University of Southern California**
**Case No. 2:21-cv-01272-DDP (ASx)**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 595 Market Street, Suite 2600, San Francisco, CA 94105.

On July 19, 2023, I served true copies of the following document(s):

**STIPULATION TO CORRECT CASE CAPTION**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL:** I caused a copy of the document(s) to be sent from e-mail address tmp@severson.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted, and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at San Francisco, California.

*Tiffany Pierce*
_____
Tiffany M. Pierce

10232.0009/16538141.1

STIPULATION TO CORRECT CASE CAPTION

# SERVICE LIST

| | |
|---|---|
| Paul H. Burleigh<br>KLINEDINST PC<br>777 S Figueroa St #4000, Los Angeles, CA 90017<br>T: (213) 442-7000<br>F: (213) 406-1101 | Attorneys for Plaintiff<br>IRONSHORE SPECIALTY INSURANCE COMPANY<br><br>Email:<br>PBurleigh@KlinedinstLaw.com |
| Ronald P. Schiller<br>Sharon F. McKee<br>Thomas N. Brown<br>HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER<br>One Logan Square, 27th Floor<br>Philadelphia, Pennsylvania 19103<br>T: (215) 496-7060<br>F: (215) 568-0300 | Attorneys for Plaintiff<br>IRONSHORE SPECIALTY INSURANCE COMPANY<br><br>Email: sfm@hangley.com<br>Email: rps@hangley.com<br>Email: tnb@hangley.com |
| Denis J. Moriarty<br>Gary LaHendro<br>HAIGHT BROWN & BONNESTEEL LLP<br>555 South Flower Street<br>Forty-Fifth Floor<br>Los Angeles, CA 90071<br>T: (213) 542-8000<br>F: (213) 542-8100 | Attorneys for Plaintiffs CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO FOLLOW FORM EXCESS LIABILITY POLICY NO. PH1706285 AND CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO FOLLOW FORM EXCESS LIABILITY POLICY NO. PH1706286<br><br>Email: glahendro@hbblaw.com<br>Email: dmoriarty@hbblaw.com |
| N. Denise Taylor<br>TAYLOR DEMARCO LLP<br>1000 Wilshire Blvd 19th floor,<br>Los Angeles, CA 90017<br>T:(213) 687-1600<br>F: (213) 687-1620 | Attorneys for DEFENDANT GEORGE M. TYNDALL<br><br>Email: dtaylor@taylordemarco.com |
| Jerome H. Friedberg<br>Janine F. Cohen<br>ISAACS \| FRIEDBERG LLP<br>555 South Flower Street, Suite 4250<br>Los Angeles, CA 90071<br>T: (213) 929-5550<br>D: (213) 929-5541<br>F: (213) 955-5794 | Attorneys for DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA<br><br>Email: Jfriedberg@ifcounsel.com<br>Email: jcohen@ifcounsel.com |