# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA et al.,<br><br>Defendants. | Case No. 2:21-cv-01272–DDP-ASx<br><br>Hon. Dean D. Pregerson<br><br>**ORDER TO MODIFY THE SCHEDULING ORDER** |

Upon consideration of the Proposed Stipulation to Modify the Scheduling Order [Docket No. 139], it is approved and entered; and

The Court ORDERS the following pretrial schedule:

<u>Close of fact discovery</u>: January 21, 2025

<u>Expert disclosures</u>: February 18, 2025

<u>Rebuttal expert disclosures</u>: March 25, 2025

<u>Close of expert discovery</u>: April 29, 2025

<u>Dispositive motions deadline</u>: May 14, 2025

<u>Oppositions to dispositive motions</u>: June 30, 2025

[PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER

<u>Reply in support of dispositive motions</u>: July 25, 2025

<u>Hearing on dispositive motions</u>: August 25, 2025, at 10:00 a.m.

<u>Daubert motions deadline</u>: May 14, 2025

<u>Oppositions to Daubert motions</u>: June 30, 2025

<u>Reply in support of Daubert motions</u>: July 25, 2025

<u>Hearing on Daubert motions</u>: August 25, 2025, at 10:00 a.m.

<u>Mediation completion date</u>: August 15, 2025

<u>Pretrial conference</u>: October 6, 2025, at 11:00 a.m.

<u>Jury trial commences</u>: November 4, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 18, 2024

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER