# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA et al.,<br><br>Defendants. | Case No. 2:21-cv-01272–DDP-ASx<br><br>Hon. Dean D. Pregerson<br><br>**ORDER TO MODIFY THE SCHEDULING ORDER** |

Upon consideration of the Stipulation to Modify the Scheduling Order filed by the parties on December 13, 2024, it is approved and entered; and

The Court ORDERS the following pretrial schedule:

<u>Close of fact discovery</u>: April 18, 2025

<u>Expert disclosures</u>: May 16, 2025

<u>Rebuttal expert disclosures</u>: June 20, 2025

<u>Close of expert discovery</u>: July 25, 2025

<u>Dispositive motions deadline</u>: September 8, 2025

<u>Oppositions to dispositive motions</u>: October 27, 2025

---

[PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER

1      <u>Reply in support of dispositive motions</u>: November 10, 2025

2      <u>Hearing on dispositive motions</u>: December 1, 2025, at 10:00 A.M.

3      <u>Daubert motions deadline</u>: September 8, 2025

4      <u>Oppositions to Daubert motions</u>: October 27, 2025

5      <u>Reply in support of Daubert motions</u>: November 10, 2025

6      <u>Hearing on Daubert motions</u>: December 1, 2025, at 10:00 A.M.

7      <u>Mediation completion date</u>: November 14, 2025

8      <u>Pretrial conference</u>: December 15, 2025, at 11:00 A.M.

9      <u>Trial commences</u>: January 20, 2026, at 9:00 A.M.

IT IS SO ORDERED.

Dated: December 13, 2024

*[signature]*

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

-2-

[PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER